Thomas McCarten Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: tom.kerr@hro.com

Attorneys for Plaintiffs,
SONY MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.; and
BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ZACHARY ROCKWELL,<br>Defendant. | CASE NO. 4:09-CV-02132-SI<br><br>Honorable Susan Illston<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1     Plaintiffs and Defendant, each through their counsel, hereby notify the Court that the parties
2 have reached a settlement in principal, and accordingly, request that this Court continue the case
3 management conference scheduled for August 21, 2009 at 2:30 p.m. until October 23, 2009. The
4 parties held their Rule 26(f) Conference on July 24, 2009, during which settlement of the case was
5 discussed. Since that time, the parties have continued settlement discussions, and the parties have
6 now reached a settlement in principal. The parties are now finalizing the details of the settlement,
7 and Plaintiffs will file appropriate dispositional documents with the Court as soon as the settlement
8 is finalized. Accordingly, a case management conference is not necessary at this time.
9     IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, each
10 through their counsel, that the case management conference currently set for August 21, 2009 at 2:30
11 p.m. be continued until October 23, 2009.

13 Dated: August 13, 2009     HOLME ROBERTS & OWEN LLP

By: _____
THOMAS MCCARTEN KERR
Attorney for Plaintiff

18 Dated: August 13, 2009     LAW OFFICES OF RAY T. ROCKWELL

By: _____
RAY T. ROCKWELL
Attorney for Defendant

---

1
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 4:09-CV-02132-SI
#45908 v1 saf

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management currently scheduled for August 21, 2009 at 2:30 p.m. is hereby continued to October 23, 2009, at 2:30 p.m.

Dated: August ___, 2009    By: _____
Honorable Susan Illston
United States District Judge