1  Thomas McCarten Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone: (415)   268-2000
4  Facsimile: (415)   268-1999
   Email: tom       .kerr@hro.com
5
6  Attorneys for Plaintiffs,
   SONY MUSIC ENTERTAINMENT; UMG
7  RECORDINGS, INC.; ELEKTRA
   ENTERTAINMENT GROUP INC.; and
8  BMG MUSIC
9
10                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
12

| | |
|---|---|
| 13  SONY MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ZACHARY ROCKWELL,<br>                Defendant. | CASE NO. 4:09-CV-02132-SI<br><br>Honorable Susan Illston<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs and Defendant, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/his own costs and fees. The parties request that the Clerk of Court now close this case.

Dated: September 17, 2009    HOLME ROBERTS & OWEN LLP

By: _____
THOMAS MCCARTEN KERR
Attorney for Plaintiff

Dated: September 16, 2009    LAW OFFICES OF RAY T. ROCKWELL

By: _____
RAY T. ROCKWELL
Attorney for Defendant



IT IS SO ORDERED
Judge Susan Illston

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 4:09-CV-02132-SI
#45908 v1 saf